**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6550

JESSE CARMON,

            Plaintiff – Appellant,

      v.

MARK SITES, in his individual capacity; GEORGI HOVHANNISYAN,
in his individual capacity,

            Defendants – Appellees,

      and

STACEY KINCAID; SERGEANT LEVANATHAN,

            Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:14-cv-00428-GBL-MSN)

Submitted:  June 18, 2015            Decided:  June 23, 2015

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jesse Carmon, Appellant Pro Se. Alexander Francuzenko, Lee B.
Warren, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse Carmon appeals the jury verdict denying relief on his 42 U.S.C. § 1983 (2012) complaint. The record does not contain a transcript of the jury trial. An appellant has the burden of including in the record on appeal a transcript of all parts of the proceedings material to the issues raised on appeal. Fed. R. App. P. 10(b); 4th Cir. R. 10(c). An appellant proceeding on appeal in forma pauperis is entitled to transcripts at government expense only in certain circumstances. 28 U.S.C. § 753(f) (2012). By failing to produce a transcript or to qualify for the production of a transcript at government expense, Carmon has waived review of the issues on appeal that depend upon the transcript to show error. See generally Fed. R. App. P. 10(b)(2); Keller v. Prince George's Cnty., 827 F.2d 952, 954 n.1 (4th Cir. 1987). As no error appears on the record before us, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2